JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE CO., | CV 23-231 PA (PDx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CRUM & FORSTER SPECIALTY INSURANCE CO., | |
| Defendant. | |

Pursuant to the Court's December 12, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 12, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE